**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| In re: Bausch & Lomb Contact Lens Solution Products Liability Litigation | ) ) ) ) | MDL No. 1785 C/A No. 2:06-MN-77777-DCN |
| *This stipulation relates to:* | ) ) | **ORDER** |
| Tan v. Bausch & Lomb Incorporated Case No. 2:07-2801-VEM | ) ) ) | |

Based on the stipulation filed in this action whereby Bausch & Lomb consents to the filing of an amended complaint, the court hereby grants plaintiffs' leave to file an amended complaint.

Dated this 11th day of February, 2010.

BY THE COURT:

_____
David C. Norton
Chief U.S. District Judge